IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | |
|---|---|
| Ryan Ray Corman,<br><br>    Plaintiff,<br><br>-vs-<br><br>Alex Schweitzer, Kerry Wicks, Larry Culp, and NDSH Clinical Team,<br><br>    Defendants. | Case No. 3:14-cv-33<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Ryan Ray Corman,<br><br>    Plaintiff,<br><br>-vs-<br><br>Shawn Lee, DCS, NDSH, Cathy Last Name Concealed DCA3, NDSH, Dale Last Name Concealed DCA3, NDSH, and NDSH Clinical Team of May 16, 2014, Secure #2,<br><br>    Defendants. | Case No. 3:14-cv-55<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the court has received a Report and Recommendation from the Honorable Alice R. Senechal, United States Magistrate Judge, in each of the above-captioned cases.[1] The Report and Recommendation recommends that Plaintiff Ryan Ray Corman's motions seeking injunctive relief be

---

[1] Doc. #23, Case No. 3:14-cv-33; Doc. #22, Case No. 3:14-cv-55

1

denied, as he is no longer confined at the North Dakota State Hospital and has not demonstrated that he is likely to suffer any future injury at the facility that could be remedied through injunctive relief against any North Dakota State Hospital employee. Corman has not filed objections within the prescribed time period.

After considering the magistrate judge's Report and Recommendation and also reviewing the record, the court finds the magistrate judge's analysis and recommendation is appropriate. Accordingly, the court hereby adopts the Report and Recommendation filed in each of these cases. Corman's motions seeking injunctive relief[2] in each of these cases are hereby **DENIED** in their entirety.

**IT IS SO ORDERED.**

Dated this 18th day of March, 2015.

/s/  *Ralph R. Erickson*
Ralph R. Erickson, Chief Judge
United States District Court

---

[2] Doc. #21, Case No. 3:14-cv-33; Docs. #6 & #16, Case No. 3:14-cv-55.