IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Ryan Ray Corman,<br><br>        Plaintiff,<br><br>-vs-<br><br>Alex Schweitzer, NDSH Superintendent, Kerry Wicks, NDSH Secure Services 'Program Director,' now retired, Larry Culp, NDSH Secure Services Unit Coordinator, Dr. Ernster, NDSH Physician, Randy Perkins, NDSH Secure Services Nurse Practitioner, Travis Bullock, in his personal capacity, and Randy Switters, in his personal capacity,<br><br>        Defendants. | Case No. 3:14-cv-33<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the court has received a Report and Recommendation from the Honorable Alice R. Senechal, United States Magistrate Judge.[1] The Report and Recommendation recommends that Plaintiff Ryan Corman's motion for injunctive relief be denied. Corman timely filed objections to the Report and Recommendation.[2]

In his objections, Corman reasserts that he is unlawfully being prevented from legal research and claims his rights to a fair hearing, due process, and equal protection are being interfered with by agents of the State of North Dakota, that he has great difficulty writing his submissions due to the cold weather and arthritis, that the state court proceedings were predicated on crimes committed by the state's attorney and other "state paid bad actors", and that unethical and illegal conduct continues. None of Corman's objections address the

---

[1] Doc. #94.

[2] Doc. #99.

1

two basic issues: (1) Corman may not obtain an injunction on claims that are not set forth in his complaint or which have been dismissed by earlier orders of the court; and (2) the court cannot order an injunction against persons who are not defendants in this action.

The court has considered Corman's objections and the record. After reviewing the magistrate judge's Report and Recommendation, the record, and Corman's objections, the court finds the magistrate judge's analysis and recommendation for disposition is appropriate. Accordingly, the court hereby adopts the Report and Recommendation in its entirety. Corman's motion for injunctive relief is **DENIED**.

**IT IS SO ORDERED.**

Dated this 7th day of March, 2017.

>*/s/ Ralph R. Erickson*
> Ralph R. Erickson, District Judge
> United States District Court